UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAUL C. BOLIN,<br><br>       Plaintiff,<br><br>    v.<br><br>CHARLES JOHNSON, *et al.*,<br><br>       Defendants. | Case No.  2:26-cv-1724-JDP (P)<br><br><br>ORDER; FINDINGS AND<br>RECOMMENDATIONS |

Plaintiff, a state prisoner, brought this action on May 5, 2026, and moved to proceed *in forma pauperis* on June 23, 2026.  ECF Nos. 1 & 5.  He is, however, a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  In *Bolin v. Williams*, No. 2:23-cv-0582-DJC-EFB, plaintiff was deemed to be a "three-striker" based on findings made by the Northern District of California.[1]  *Id.* at ECF Nos. 7 & 9.

---

[1] In *Bolin v. Newcomb*, No. 3:20-cv-09402-CRB (N.D. Cal. Feb. 19, 2021) the court found that:

> Plaintiff has had three or more prior prisoner actions dismissed by a federal court on the grounds that they are frivolous, malicious, or fail to state a claim upon which relief may be granted.  *See, e.g., Bolin v. Williams*, No. 20-cv-04461-CRB (PR) (N.D. Cal. Sept. 4, 2020) (order dismissing action for failure to state a claim); *Bolin v.*

1

Accordingly, plaintiff is not entitled to proceed *in forma pauperis* unless his complaint alleges he is in imminent danger. It does not. Plaintiff's allegations concern alleged misconduct by employees in the clerk's office of a California appellate court. ECF No. 1 at 1-2. He alleges that these individuals have deprived him of access to the courts. *Id.* at 5.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 5, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    June 29, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

*Williams*, No. 18-cv-04937-CRB (PR) (N.D. Cal. Sept. 14, 2018) (same); *Bolin v. California*, No. 14-cv-04087-PJH (PR) (N.D. Cal. Sept. 24, 2014) (same); *Bolin v. Gilman*, No. 14-cv-03609-PJH (PR) (N.D. Cal. Sept. 16, 2014) (same).

*Bolin v. Newcomb,* No. 3:20-cv-09402-CRB (N.D. Cal. Feb. 19, 2021) at ECF No. 4.

2