UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br>Plaintiff,<br>v.<br>CHARLES JOHSNON, et al.,<br>Defendants. | No. 2:26-cv-1724-DJC-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. Plaintiff has filed objections to the findings and recommendations. ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. While Plaintiff claims *Bolin v.*

*Williams*, No. 3:20-cv-04461 (N.D. Cal. Sept. 4, 2020) and *Bolin v. Gilman*, No. 4:14-cv-3609 (N.D. Cal. Sept. 16, 2025) should not be considered strikes as Plaintiff had "vacated" those cases, a review of the docket in both actions reveals that they were dismissed for failure to state a claim, with judgment entered against Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2026, ECF No. 6, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis, ECF No. 5, is DENIED.

3. Plaintiff is directed to tender the filing fee within twenty-one days of this order's entry. Failure to timely pay the filing fee will result in dismissal of this action.

4. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **July 31, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE