UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL C. BOLIN,

Plaintiff

v.

CHARLES JOHNSON, *et al.*,

Defendants.

Case No. 2:26-cv-1724-DJC-JDP (P)

FINDINGS AND RECOMMENDATIONS

On July 31, 2026, the district judge adopted my findings and recommendations and denied plaintiff's application to proceed *in forma pauperis*. ECF No. 8. The district judge's order directed plaintiff to tender the filing fee within twenty-one days and warned him that failure to do so would result in dismissal of this action. *Id.* More than twenty-one days have now passed, and plaintiff has not tendered the filing fee, sought additional time to do so, or submitted any other filing responding to the relevant order.

Accordingly, it is RECOMMENDED that this action be DISMISSED for failure to prosecute and failure to comply with court orders.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to

Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: September 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE