UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br>Plaintiff,<br>v.<br>CHARLES JOHNSON & BETH ROBBINS,<br>Defendants. | Case No. 2:26-cv-1724-DJC-JDP (P)<br><br>ORDER |

On July 31, 2026, the district judge adopted my findings and recommendations, denied plaintiff's application to proceed *in forma pauperis*, and directed him to pay the filing fee within twenty-one days. ECF No. 8. After the deadline passed, and plaintiff failed to file submit the filing fee, I entered findings and recommendations that this action be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 9. On September 25, 2026, plaintiff filed a motion to withdrawal and demand to vacate, ECF No. 10, that I construe as a notice of voluntary dismissal. Therein, he requests "withdrawal-vacation of the above case." *Id.* at 1.

Accordingly, it is ORDERED that:

1. My findings and recommendations at ECF No. 9 are VACATED and WITHDRAWN.

2. Plaintiff's motion to withdrawal and demand to vacate, ECF No. 10, construed as a

notice of voluntary dismissal, is GRANTED.

3. This action is DISMISSED without prejudice and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE